No. 95–9401. STEVENS v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 95–9402. ROMANO v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 95–9403. PERDUE v. KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 95–9404. MEJIA-URIBE v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 95–9405. MARKOFF v. MARKOFF. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 95–9406. YOUNG v. JONES, COMMISSIONER, ALABAMA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 95–9407. MESERVY v. MESERVY. Sup. Ct. Nev. Certiorari denied.

No. 95–9408. COOPER v. MALONE ET AL. C. A. 8th Cir. Certiorari denied.

No. 95–9409. LENNON v. LOUISIANA. Ct. App. La., 4th Cir. Certiorari denied.

No. 95–9410. NEAL v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 95–9411. PALAIMO v. LUTZ ET AL. C. A. 2d Cir. Certiorari denied.

No. 95–9412. MURPHY v. KELLY, SUPERINTENDENT, ATTICA CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 95–9413. TEMPLE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 95–9415. YOUNG v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–9416. WEAVER v. NEW YORK. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.